FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 8 2020

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 4:20-CR-295-JM-1

CHRISTOPHER MIZE     DEFENDANT

### ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instruction, dismissal of charges, contempt proceedings, or sanctions by the Court.

IT IS SO ORDERED, this 28th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE